IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MARK WEAVER**                                                                             **PLAINTIFF**

        **v.**                 Civil No. 09-5117

**CAPTAIN HUNTER PETRAY**, et al.                          **DEFENDANTS**

O R D E R

Now on this 2nd day of June, 2010, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #22), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, this matter is **dismissed.**

**IT IS SO ORDERED.**

                                                        /s/ Jimm Larry Hendren
                                                        JIMM LARRY HENDREN
                                                        UNITED STATES DISTRICT JUDGE